# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: City of Providence v. Aeropostale, Inc.          Docket No.: 14-2135

Lead Counsel of Record (name/firm) or Pro se Party (name): Jonathan Gardner / Labaton Sucharow LLP

Appearance for (party/designation): City of Providence / Plaintiff-Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[ ] Correct
[✓] Incorrect. The following parties do not wish to participate in this appeal:
    Parties: J. Robert Arbuthnot
[ ] Incorrect. Please change the following parties' designations:
    Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[ ] Correct
[✓] Incorrect or Incomplete, and should be amended as follows:

Name: Jonathan Gardner
Firm: Labaton Sucharow LLP
Address: 140 Broadway, New York, NY 10005
Telephone: 212-907-0859                Fax: 212-818-0477
Email: jgardner@labaton.com

## RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on N/A _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Jonathan Gardner
Type or Print Name: Jonathan Gardner
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.