United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: August 29, 2014
Docket #: 14-2135cv
Short Title: City of Providence v. Aeropostale, Inc.

DC Docket #: 11-cv-7132
DC Court: SDNY (NEW YORK CITY)
DC Judge: McMahon
DC Judge: Gorenstein

# NOTICE OF DEFECTIVE FILING

On August 25, 2014 the brief, appendix, and special appendix were submitted in the above referenced case. The documents do not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____   Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____   Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____   Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____   Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____   Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____   Improper proof of service *(FRAP 25)*
    _____   Missing proof of service
    _____   Served to an incorrect address
    _____   Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____   Failure to submit document in digital format *(Local Rule 25.1)*
_____   Not Text-Searchable *(Local Rule 25.1, Interim Local Rules 25.2),* click here
    for instructions on how to make PDFs text searchable
_____   Failure to file appendix on CD-ROM *(Local Rule 25.1, Interim Local Rules 25.2)*
_____   Failure to file special appendix *(Local Rule 32.1)*
**\_\_X\_\_\_   Defective cover *(FRAP 32)***
    _____   Incorrect caption *(FRAP 32)*
    **\_\_X\_\_\_   Wrong color cover *(FRAP 32)***
    _____   Docket number font too small *(Local Rule 32.1)*
**\_\_X\_\_\_   Incorrect pagination, click here for instructions on how to paginate PDFs
    *(Local Rule 32.1)***
_____   Incorrect font *(FRAP 32)*
_____   Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____   Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____   Untimely filing
_____   Incorrect Filing Event
**\_\_X\_\_\_   Other: The brief is not paginated. The appendix covers must be white. The appendix must contain the lower court docket sheet and all items in the appendix must be filed chronologically, ending with the notice of appeal. The special appendix must continue orders and judgments being appealed. When re-filing, you must select the same events.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than September 3, 2014. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8612.