## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that on September 22, 2014, I authorized a true and correct copy of the attached Letter to be served by first-class mail to all the following counsel:

>Jonathan Gardner
>Labaton Sucharow LLP
>140 Broadway
>New York, NY 10005
>
>Joseph Allerhand, Esq.,
>Weil, Gotshal & Manges LLP
>767 5th Avenue
>New York, NY 10153
>
>Joseph Darrell Palmer, Esq.,
>Law Offices of Darrell Palmer
>2244 Faraday Avenue, Suite 121
>Carlsbad, CA 92008

/s/ Mario Alba Jr.
Mario Alba Jr.